NUMBER 13-01-574-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI


_________________________________________________________________


JENNIFER ROCHA , Appellant,

v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the County Court at Law No. 2 

of Montgomery County, Texas.

___________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam


Appellant, JENNIFER ROCHA , perfected an appeal from a judgment entered by the County Court at Law No. 2 of
Montgomery County, Texas, in cause number 00-161,468 . On December 6, 2001 , this cause was abated, and the trial
court was directed to conduct a hearing in accordance with Tex. R. App. P. 38.8(b)(2). The trial court's findings and
recommendations were received on January 25, 2002 . The trial court found that the appellant does not wish to prosecute
her appeal.

The Court, having considered the documents on file and the trial court's findings and recommendations, is of the opinion
that the appeal should be dismissed. The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 14th day of February, 2002 .